Robert F. Reynolds, Slatkin & Reynolds, P.A., Ft. Lauderdale, FL, for Defendant–Appellant.

Mark L. Levine, Mark S. Ouweleen, Shayna S. Cook, Bartlit Beck Herman Palenchar, Chicago, IL, Sean C. Grimsley, Bartlit Beck Herman Palenchar, Denver, CO, for Plaintiff–Appellee.

ON MOTION

*ORDER*

Upon consideration of the unopposed motion to voluntarily dismiss 2009–1174 and the unopposed motion to reform the caption to change an appellee's name from "Sensormatic Electronics Corporation" to "Sensormatic Electronics, LLC",

IT IS ORDERED THAT:

(1) The motions are granted. The revised official caption is reflected above.

(2) Each side shall bear its own costs in 2009–1174.

**Keith Russell JUDD, Petitioner–Appellant,**

v.

**Francisco J. QUINTANA, Deputy Warden, and Keith Roy, Warden, Respondents–Appellees.**

No. 2010–1049.

United States Court of Appeals, Federal Circuit.

Oct. 28, 2009.

Keith Russell Judd, Texarkana, TX, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**FEDERAL CORRECTIONAL INSTITUTE—FORT DIX, NEW JERSEY, Defendant–Appellee.**

No. 2010–1050.

United States Court of Appeals, Federal Circuit.

Oct. 28, 2009.

Keith Russell Judd, Texarkana, TX, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**OUTSIDE THE BOX INNOVATIONS, LLC (doing business as Union Rich USA), Plaintiff/Counterclaim Defendant–Cross–Appellant,**

and

**Bonaka Limited, Bonaka Plastic Manufacturing Co., Ltd., Union Rich Plastic Factory, Ltd., Christopher Ure, and Matt Williams, Counterclaim Defendants–Appellees,**

and

**Terry Kinskey and Lynn Martineau, Counterclaim Defendants,**

v.

**TRAVEL CADDY, INC., Defendant/Counterclaimant–Appellant,**

and

**Rooster Products (doing business as The Rooster Group), Defendant/Counterclaimant.**

Nos. 2009–1171, 2009–1558.

United States Court of Appeals, Federal Circuit.

Feb. 1, 2010.

Before MAYER, BRYSON, and DYK, Circuit Judges.

ON MOTION

*ORDER*

DYK, Circuit Judge.

Outside the Box Innovations, LLC (doing business as Union Rich, USA) (hereaf-